UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>- vs -<br><br>SAMUEL J. ALBERT,<br><br>Defendant. | CASE NO.: 4:05-cv-03884 |

**PLAINTIFF, UNITED STATES OF AMERICA'S
APPLICATION FOR APPROVAL OF RENEWAL OF JUDGMENT LIEN**

COMES NOW, Plaintiff, United States of America ("Plaintiff") and files this its Application for Approval of Renewal of Judgment Lien seeking an order renewing Plaintiff's judgment lien and shows as follows:

**FACTS**

1.      On March 28, 2006, a default judgment was entered in favor of Plaintiff and against Defendant, Samuel J. Albert.  A true and correct copy of the Default Judgment is attached as Exhibit A and incorporated by reference.  *See also* Dkt. #6.

2.      On May 23, 2006, a judgment lien was filed in the real property records of Harris County, Texas under Harris County Clerk's File No. Z320625 abstracting the Default Judgment entered in this case (the "Judgment Lien").  A true and correct copy of the recorded Judgment Lien is attached as Exhibit B and incorporated by reference.

3.      The Judgment Lien remains unsatisfied, and Plaintiff seeks renewal of the Judgment Lien.

1

**ARGUMENT & AUTHORITIES**

4.      Pursuant to 28 U.S.C. § 3201(c)(2), Plaintiff seeks an order approving the renewal of the Judgment Lien.

5.      "A judgment in a civil case shall create a lien on all real property of a judgment debtor on filing a certified copy of the abstract of the judgment in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of section 6323(f) of the Internal Revenue Code of 1986…"  28 U.S.C. 3201(a).

6.      "Except as provided in paragraph (2), a lien created under subsection (a) is effective, unless satisfied, for a period of 20 years."  28 U.S.C. 3201(c)(1).

7.      "Such lien may be renewed for one additional period of 20 years upon filing a notice of renewal in the same manner as the judgment is filed and shall relate back to the date the judgment is filed if – (A) the notice of renewal is filed before the expiration of the 20-year period to prevent the expiration of the lien; and (B) the court approves the renewal of such lien under this paragraph."  28 U.S.C. 3201(c)(2).

8.      On May 23, 2006, Plaintiff filed its Abstract of Judgment in the real property records of Harris County, Texas.  *See* Exhibit B.  Accordingly, the Judgment Lien was created on May 23, 2006.

9.      By this Application for Approval of Renewal of Judgment Lien, Plaintiff seeks an order approving the renewal for an additional 20 years and directing the Clerk of Court to issue the Notice of Renewal attached as Exhibit C and incorporated by reference.

**PRAYER**

WHEREFORE, Plaintiff prays that this Application for Approval of Renewal of Judgment Lien is granted, that the Court enter an Order Approving Renewal of its Judgment Lien and directing the Clerk of the Court to issue the attached Notice of Renewal, and grant such other and further relief to which Plaintiff may be entitled.

Respectfully submitted,

*/s/ Jamie King*
Jamie King, Esq.
Texas State Bar No. 24043755
SDTX No. 566838
SCHUERGER LAW GROUP
Private Counsel – U.S. Department of Justice
Attorney for the United States of America
P.O. Box 5757
Kingwood, TX 77325
(T): 832-584-0106
(F): 888-247-0443
(E): jking@schuergerlaw.com

ATTORNEY FOR PLAINTIFF,
UNITED STATES OF AMERICA

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 22nd day of April, 2026, a true and correct copy of the foregoing was served as follows:

*Via U.S. Mail, Postage Prepaid and Certified Mail, Return Receipt Requested upon:*

Samuel J. Albert
2713 Truxillo St. #4
Houston, TX 77004

*/s/ Jamie King*                         4/22/2026
Jamie King                                Date

3